

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Young Ill Choi

Plaintiff(s),

v.

Kenny Logistics Co.

Defendant(s).

Case No. 15 c 5140
Judge Virginia M. Kendall

Enter agreed proposed order.

Date:  10/13/2015

Virginia M. Kendall
United States District Judge

2015 OCT 13  PM 1:08