

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

YOUNG ILL CHOI, individually, and on Behalf )
of All Others Similarly situated, both known and )
unknown, )
                                      )
              Plaintiff, )   Case No. 15 C 5140
                                        )
v. )   Judge Virginia M. Kendall
                                        )
KENNY LOGISTICS CO., an Illinois )
Corporation d//b/a Kenny International USA )
Inc., and JONG CHANG SONG, individually, )
                                        )
            Defendants. )

### AGREED PROPOSED ORDER

This cause comes to be heard on the Parties' Joint Motion for Approval of the Settlement Agreement and Release between Plaintiff Young Ill Choi and Defendants Kenny Logistics Co. and Jong Chang Song. The Court having been fully advised, and the Court having reviewed and considered the Settlement Agreement and Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Court has heard arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and Release is fair, reasonable and adequate;

2.     The Court hereby approves the Settlement Agreement and Release and the terms set forth therein as being fair, reasonable and adequate. The Settlement Agreement and Release are the result of arm's length negotiations, and provide substantial relief to Plaintiff; and

3.    Plaintiff's claims in this lawsuit against Defendants are dismissed, with prejudice, with each party to bear its own costs subject to the terms of the Settlement Agreement and Release.

Dated: _____ *10-13-15* _____

Entered: _____
Judge Virginia M. Kendall

Prepared by:

Antonio Caldarone
William Wake
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

*Attorneys for Kenny Logistics Co. and Jong
Chang Song*

Approved by:

Timothy J. Dorr
Dorr Law Firm, LLC
2300 Barrington Road, Suite 140
Hoffman Estates, Illinois 60169
Schaumburg, IL 60173

*Attorneys for Young Ill Choi*